EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JAN 25 2024

BY [signature]
GLORIA MARIN, DEPUTY

**NOTICE TO DEFENDANT:** HOME DEPOT U.S.A., INC., a Delaware
***(AVISO AL DEMANDADO):*** corporation; (Additional Parties Attachment form is attached)

**YOU ARE BEING SUED BY PLAINTIFF:** JUAN GARCIA, an individual.
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Bernardino
247 West Third Street
San Bernardino, California 92415-0210

CASE NUMBER: (Número del Caso): CIVSB 2400641

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: John R. Rofael, Esq.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
DOWNTOWN LA LAW GROUP
910 S Broadway, Los Angeles, CA 90015 (213) 389-3765

DATE: *(Fecha)* JAN 25 2024 Clerk, by *(Secretario)* Gloria Marin, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

COPY

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [X] on behalf of *(specify):* HOME DEPOT U.S.A., INC., a Delaware corporation

under: [X] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
[ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

SUM-200(A)

| SHORT TITLE: JUAN GARCIA vs. HOME DEPOT U.S.A., INC., et. al. | CASE NUMBER: CIV SB 2400641 |
|---|---|

**INSTRUCTIONS FOR USE**

- This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
- If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff ☒ Defendant ☐ Cross-Complainant ☐ Cross-Defendant

DOE 1 (STORE MANAGER); and DOES 2-50, inclusive.

Page 1 of 1



Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

Westlaw Doc & Form Builder-

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: 282266
NAME: John R. Rofael, Esq.
FIRM NAME: DOWNTOWN LA LAW GROUP
STREET ADDRESS: 910 S Broadway
CITY: Los Angeles STATE: CA ZIP CODE: 90015
TELEPHONE NO.: (213) 389-3765 FAX NO.: (877) 389-2775
EMAIL ADDRESS: Jrofael@downtownlalaw.com
ATTORNEY FOR (name): JUAN GARCIA

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT
JAN 25 2024
BY GLORIA MARIN, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino, ca 92415-0210
BRANCH NAME: San Bernardino District - Civil Division

PLAINTIFF: JUAN GARCIA, an individual.
DEFENDANT: HOME DEPOT U.S.A., INC., a Delaware corporation; (Additional Parties Attachment form is attached)
☐ DOES 1 TO

## COMPLAINT—Personal Injury, Property Damage, Wrongful Death

☐ **AMENDED (Number):**

**Type (check all that apply):**
☐ MOTOR VEHICLE ☒ OTHER (specify): General Negligence
☐ Property Damage ☐ Wrongful Death
☒ Personal Injury ☒ Other Damages (specify): Premises Liability

CASE NUMBER: CIV SB 2400641

**Jurisdiction** (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

1. **Plaintiff** (name or names): JUAN GARCIA, an individual.
alleges causes of action against **defendant** (name or names): HOME DEPOT U.S.A., INC., a Delaware corporation; (Additional Parties Attachment form is attached)
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
a. ☐ except plaintiff (name):
(1) ☐ a corporation qualified to do business in California
(2) ☐ an unincorporated entity (describe):
(3) ☐ a public entity (describe):
(4) ☐ a minor ☐ an adult
(a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
(b) ☐ other (specify):
(5) ☐ other (specify):
b. ☐ except plaintiff (name):
(1) ☐ a corporation qualified to do business in California.
(2) ☐ an unincorporated entity (describe):
(3) ☐ a public entity (describe):
(4) ☐ a minor ☐ an adult
(a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
(b) ☐ other (specify):
(5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

MC-025

| SHORT TITLE: JUAN GARCIA vs. HOME DEPOT U.S.A., INC., et. al. | CASE NUMBER: CIV SB 2400641 |
|---|---|

ATTACHMENT *(Number)*: ______________

*(This Attachment may be used with any Judicial Council form.)*

COMPLAINT - ATTACHMENT PAGE

DOE 1 (STORE MANAGER); and DOES 2-50, inclusive.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ______ of ______

*(Add pages as required)*

| SHORT TITLE: JUAN GARCIA vs. HOME DEPOT U.S.A., INC., et. al. | CASE NUMBER: CIV SB 2400641 |
|---|---|

4. [ ] Plaintiff *(name)*:
is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [X] **except** defendant *(name)*: HOME DEPOT U.S.A., INC.
(1) [ ] a business organization, form unknown.
(2) [X] a corporation.
(3) [ ] an unincorporated entity *(describe)*:
(4) [ ] a public entity *(describe)*:
(5) [ ] other *(specify)*:

b. [ ] **except** defendant *(name)*:
(1) [ ] a business organization, form unknown.
(2) [ ] a corporation.
(3) [ ] an unincorporated entity *(describe)*:
(4) [ ] a public entity *(describe)*:
(5) [ ] other *(specify)*:

c. [ ] **except** defendant *(name)*:
(1) [ ] a business organization, form unknown.
(2) [ ] a corporation.
(3) [ ] an unincorporated entity *(describe)*:
(4) [ ] a public entity *(describe)*:
(5) [ ] other *(specify)*:

d. [ ] **except** defendant *(name)*:
(1) [ ] a business organization, form unknown.
(2) [ ] a corporation.
(3) [ ] an unincorporated entity *(describe)*:
(4) [ ] a public entity *(describe)*:
(5) [ ] other *(specify)*:

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. [X] Doe defendants *(specify Doe numbers)*: 26-50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. [X] Doe defendants *(specify Doe numbers)*: 1-25 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because

a. [ ] at least one defendant now resides in its jurisdictional area.
b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
d. [ ] other *(specify)*:

9. [ ] Plaintiff is required to comply with a claims statute, **and**

a. [ ] has complied with applicable claims statutes, **or**
b. [ ] is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE: JUAN GARCIA vs. HOME DEPOT U.S.A., INC., et. al. | CASE NUMBER: CIV SB 2400641 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   - a. [ ] Motor Vehicle
   - b. [X] General Negligence
   - c. [ ] Intentional Tort
   - d. [ ] Products Liability
   - e. [X] Premises Liability
   - f. [ ] Other *(specify)*:

11. Plaintiff has suffered *(check all that apply)*
   - a. [X] wage loss.
   - b. [X] loss of use of property.
   - c. [X] hospital and medical expenses.
   - d. [X] general damage.
   - e. [X] property damage.
   - f. [X] loss of earning capacity.
   - g. [X] other damage *(specify)*: Prejudgment interest and interest on damages including but not limited to under Civil Code Sections 3287, 3288, 3291 and/or as allowed by law, common law or otherwise. Other damages, including loss of profits and special damages, unknown at this time which Plaintiff will prove at time of trial.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   - a. [ ] listed in Attachment 12.
   - b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   - a. (1) [X] compensatory damages.
     (2) [ ] punitive damages.
   - b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
     (1) [X] according to proof.
     (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 1/25/24

John R. Rofael, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: JUAN GARCIA vs. HOME DEPOT U.S.A., INC., et. al. | CASE NUMBER: CIV SB 2400641 |
|---|---|

FIRST (number) **CAUSE OF ACTION—General Negligence** Page ____

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* JUAN GARCIA, an individual.

alleges that defendant *(name):* HOME DEPOT U.S.A., INC., a Delaware corporation; DOE 1 (STORE MANAGER); and DOES 2-50, inclusive

[ ] Does ________ to ________

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* or about August 18, 2023

at *(place):* or near 15655 Roy Rogers Dr., Victorville, CA 92394

*(description of reasons for liability):*

On or about August 18, 2023 Plaintiff was lawfully on the premises of Defendants HOME DEPOT U.S.A., INC., a Delaware corporation; DOE 1 (STORE MANAGER); and DOES 2-50, inclusive, located at or near 15655 Roy Rogers Dr., Victorville, CA 92394. Plaintiff was walking in the garden department within the subject premises when he stepped on an unknown substance on the floor causing him to slip and fall, thereby causing Plaintiff to endure severe injury and pain.

Plaintiff is informed and believes, and based upon such information alleges that Defendant DOE 1 (STORE MANAGER) was a supervisor and/or manager of the store at the time of Plaintiff's incident. Based on information and belief, Defendant DOE 1 (STORE MANAGER) is now, and at all times mentioned in this complaint was, an adult resident of San Bernardino County, California. It is believed that Defendant DOE 1 (STORE MANAGER) was responsible for the maintenance of the store at the time of Plaintiff's incident, was responsible to verify that there was in place a policy which provided for the maintenance of the store according to industry standards, was responsible for the training and education of the store employees who were tasked with conducting the maintenance of the store, and was responsible for verifying that the store be maintained according to industry standards and sufficient policies and procedures.

At all times herein mentioned, defendants, and each of them, had sole and exclusive custody and control of the aforesaid building and activities occurring at said building, and owed a duty to this Plaintiff and others lawfully on said premises to keep said premises in a good and safe condition; contrary thereto, Defendants, and each of them, were negligent and careless in the ownership, care, control, maintenance, operation, leasing, management, caretaking, repairing, of said premises, in that they caused and permitted said premises to be and remain in a dangerous and unsafe condition in that defendants, and each of them, caused or permitted structures and/or components and/or other parts of said building to be and remain, wet, and otherwise deficient. In addition, Defendants, and each of them were negligent and careless in that they failed to properly warn of the dangerous condition, and in that they failed to properly protect the area of said dangerous condition.

Said Defendants, and each of them, fully and well knew, or should have known in the exercise of reasonable care, that the dirty, slippery and/or wet floor in said establishment was in a dangerous and defective and unsafe condition, and a menace to Plaintiff and others lawfully on said premises.

By reason of the aforesaid negligence and carelessness of Defendants, and each of them, as aforesaid, and as a direct and proximate result thereof, dangerously dirty, slippery and/or wet floor that was not properly installed, maintained, cleaned and/or protected at said property causing Plaintiff to sustain the injuries and damages as hereinafter alleged.

PLD-PI-001(4)

| SHORT TITLE: JUAN GARCIA vs. HOME DEPOT U.S.A., INC., et. al. | CASE NUMBER: CIV SB 2400641 |
|---|---|

SECOND (number) **CAUSE OF ACTION—Premises Liability** Page ______

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* JUAN GARCIA, an individual.

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* or about August 18, 2023 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):* On or about August 18, 2023 Plaintiff was lawfully on the premises of Defendants HOME DEPOT U.S.A., INC., a Delaware corporation; DOE 1 ( STORE MANAGER); and DOES 2-50, inclusive, located at or near 15655 Roy Rogers Dr., Victorville, CA 92394. Plaintiff was walking in the garden department within the subject premises when he stepped on an unknown substance on the floor causing him to slip and fall, thereby causing Plaintiff to endure severe injury and pain.

Prem.L-2. [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*

HOME DEPOT U.S.A., INC., a Delaware corporation; DOE 1 (STORE MANAGER); and DOES 2-50, inclusive

[X] Does 1 to 50

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does ______ to ______

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does ______ to ______

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[ ] Does ______ to ______

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
John R. Rofael, Esq. SBN: 282266
DOWNTOWN LA LAW GROUP
910 S Broadway, Los Angeles, CA 90015
TELEPHONE NO.: (213) 389-3765 FAX NO.: (877) 389-2775
EMAIL ADDRESS: Jrofael@downtownlalaw.com
ATTORNEY FOR *(Name):* JUAN GARCIA

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT
JAN 25 2024
BY [signature]
GLORIA MARIN, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino, ca 92415-0210
BRANCH NAME: San Bernardino District - Civil Division

CASE NAME: JUAN GARCIA vs. HOME DEPOT U.S.A., INC., et. al.

**CIVIL CASE COVER SHEET**

[X] Unlimited (Amount demanded exceeds $35,000)
[ ] Limited (Amount demanded is $35,000 or less)

**Complex Case Designation**

[ ] Counter [ ] Joinder

Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: CIVSB 2400641

JUDGE:

DEPT.:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [X] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* Two
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 1/25/24

John R. Rofael, Esq. ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

CM-010

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**

Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**

Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**

Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**

Wrongful Termination (36)
Other Employment (15)

**Contract**

Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**

Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**

Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**

Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**

Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**

Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**

RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**

Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

JUAN GARCIA, an individual.

Case No.: CIV SB 2 4 0 0 6 4 1

vs.

## CERTIFICATE OF ASSIGNMENT

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the Civil Division District of the Superior Court under Rule131 and General Order of this court for the checked reason:

RECEIVED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
JAN 25 2024
Gloria Marin

[X] General   [ ] Collection

| | Nature of Action | Ground |
|---|---|---|
| [ ] | 1. Adoption | Petitioner resides within the district |
| [ ] | 2. Conservator | Petitioner or conservatee resides within the district. |
| [ ] | 3. Contract | Performance in the district is expressly provided for. |
| [ ] | 4. Equity | The cause of action arose within the district. |
| [ ] | 5. Eminent Domain | The property is located within the district. |
| [ ] | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 9. Mandate | The defendant functions wholly within the district. |
| [ ] | 10. Name Change | The petitioner resides within the district. |
| [X] | 11. Personal Injury | The injury occurred within the district. |
| [ ] | 12. Personal Property | The property is located within the district. |
| [ ] | 13. Probate | Decedent resided or resides within or had property within the district. |
| [ ] | 14. Prohibition | The defendant functions wholly within the district. |
| [ ] | 15. Review | The defendant functions wholly within the district. |
| [ ] | 16. Title to Real Property | The property is located within the district. |
| [ ] | 17. Transferred Action | The lower court is located within the district. |
| [ ] | 18. Unlawful Detainer | The property is located within the district. |
| [ ] | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [ ] | 20. Other ______ | ______ |
| [ ] | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR: ______
ADDRESS: at or near 15655 Roy Rogers Dr.

CITY: Victorville  STATE: CA  ZIP CODE: 92394

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on 1/25/24 at Los Angeles, California.

Signature of Attorney/Party

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA 92415
www.sb-court.org
909-708-8678

| Garcia -v- Home Depot U.S.A., Inc. et al | |
|---|---|
| **NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT** | Case Number<br>CIVSB2400641 |

Downtown LA Law Group
910 S Broadway
Los Angeles CA 90015

This case has been assigned to: Khymberli S Apaloo in Department S25 - SBJC for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date: 07/23/2024 at 8:30 AM in Department S25 - SBJC

Date: 1/25/2024

By: ______________________
Gloria Marin, Deputy Clerk

---

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address. I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:

☐ Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.

☐ Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.

☒ A copy of this notice was given to the filing party at the counter.

☐ A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.

Date of Mailing: 1/25/2024

I declare under penalty of perjury that the forgoing is true and correct. Executed on 1/25/2024 at San Bernardino, CA.

By: ______________________
Gloria Marin, Deputy Clerk

Timothy M. Ghobrial, Esq. (SBN 315184)
**DOWNTOWN LA LAW GROUP**
910 S. Broadway
Los Angeles, CA 90015
Telephone: (213) 389-3765
Facsimile (877) 389-2775
Email: Timothy@downtownlalaw.com

Attorneys for Plaintiff
JUAN GARCIA

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN BERNARDINO**

| | |
|---|---|
| JUAN GARCIA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; DOE 1 (STORE MANAGER), and DOES 2-50, inclusive,<br><br>Defendants. | Case No.: CIVSB2400641<br><br>**STATEMENT OF DAMAGES** |

Plaintiff JUAN GARCIA hereby provides to Defendant HOME DEPOT U.S.A., INC., the following Statement of Damages:

1. General Damages: In excess of $1,000,000.00
2. Special Damages: In excess of $1,000,000.00

///

Plaintiff reserves the right to amend this Statement of Damages at a later time, as Discovery develops.

DATED: February 19, 2024

**DOWNTOWN LA LAW GROUP**

Timothy Ghobrial

Timothy M. Ghobrial, Esq.
Attorneys for Plaintiff
JUAN GARCIA

Timothy M. Ghobrial, Esq. (SBN 315184)
**DOWNTOWN LA LAW GROUP**
910 S. Broadway
Los Angeles, CA 90015
Telephone: (213) 389-3765
Facsimile (877) 389-2775
Email: Timothy@downtownlalaw.com

Attorneys for Plaintiff
JUAN GARCIA

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN BERNARDINO**

| | |
|---|---|
| JUAN GARCIA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; DOE 1 (STORE MANAGER), and DOES 2-50, inclusive,<br><br>Defendants. | Case No.: CIVSB2400641<br><br>**NOTICE OF CHANGE OF HANDLING ATTORNEY** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that this matter has been assigned to a new handling attorney TIMOTHY M. GHOBRIAL of DOWNTOWN LA LAW GROUP, attorneys of record for Plaintiff JUAN GARCIA. The contact number is (213) 389-3765, the fax number is (877) 389-2775 and for eservice of documents the contact email address will be Timothy@downtownlalaw.com.

///

///

///

DATED: February 19, 2024

**DOWNTOWN LA LAW GROUP**

*Timothy Ghobrial*

Timothy M. Ghobrial, Esq.
Attorneys for Plaintiff
JUAN GARCIA